## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Joshua M Morgan                                    CHAPTER 13

                 Debtor(s)

                                                             BKY. NO. 24-20996 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

               Respectfully submitted,

               /s/ *Denise Carlon*
               PA Western BK
               14 May 2024, 17:45:03, EDT

Denise Carlon, Esq. (317226)   ☑
Brent Lemon, Esq. (86478)   ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com