IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Joshua M Morgan,<br><br>    Debtors,<br><br>Joshua M Morgan,<br><br>    Movants,<br><br>  v.<br>Internal Revenue Service,<br>    Respondent. | Bankruptcy No.: 24-20996-JAD<br><br>Chapter 13<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

  In accordance with Local Bankruptcy Rule 1007-1(f) I, David A Rice, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

Internal Revenue Service
1000 Liberty Avenue
Pittsburgh, PA 15222

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA. 19101

Internal Revenue Service
Attn: Daniel Werfel, Commissioner
1111 Constitution Ave. NW
Washington, DC. 20224

           By: /s/ David A Rice, Esq.
              15 West Beau Street
              Washington, PA 15301
              724-225-7270
              PA 50329