IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re:  Joshua M Morgan, | : | Bankruptcy No.: 24-20996-JAD |
| | : | |
| Debtors, | : | |
| | : | Chapter 13 |
| Joshua M Morgan, | : | |
| | : | |
| Movants, | : | |
| | : | Related to Document No. |
| v. | : | |
| Internal Revenue Service, | : | |
| Respondent. | : | |

**CERTFICATE OF SERVICE**

    I hereby certify that I served a true and correct copy of the Court Order dated June20, 2024, the Amendment to Schedule E, and the 341 hearing notice on each party listed below by first class U.S. mail on June 20, 2024.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Internal Revenue Service
1000 Liberty Avenue
Pittsburgh, PA 15222

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA. 19101

Internal Revenue Service
Attn: Daniel Werfel, Commissioner
1111 Constitution Ave. NW
Washington, DC. 20224

                              Attorney for Movant(s):
                              Rice & Associates Law Firm
                              /s/ David A Rice, Esq.
                              15 West Beau Street
                              Washington, PA 15301
                              724-225-7270
                              ricelaw1@verizon.net
                              PA ID# 50329