IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 24-20996 JAD |
| Joshua M. Morgan ) | |
| ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Joshua M. Morgan ) | |
| ) | |
| Movant(s) ) | |
| v. ) | Related to Document No. 50 -51 |
| PennyMac Loan Service, LLC ) | |
| and Ronda J. Winnecour, Trustee ) | Hearing: 1/29/25 at 10:00 AM |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE REGARDING MOTION FOR STATUS CONFERENCE REGADING INTERIM MORTGAGE MODIFICATION ORDER ALONG WITH ORDER SETTING DATE CERTAIN FOR RESPONSE AND HEARING ON MOTION**

I certify under penalty of perjury that I served or caused to be served the above captioned document(s) on the parties at the addresses specified below or on the attached list on (date) January 23, 2025

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and/or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  January 23, 2025

By:   /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID No. 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Served Via ECF (Motion served 1/16/2025, Order served 1/23/2025):

| | |
|---|---|
| Ronda J. Winnecour, Trustee<br>3250 USX Tower, 600 Grant Street<br>Pittsburgh, PA  15219 | US Trustee<br>1001 Liberty Avenue, Ste. 970<br>Pittsburgh, PA 15222 |
| PennyMac Loan Services, LLC<br>Denise Carlon, Esq.<br>dcarlon@kmllawgroup.com | PennyMac Loan Services, LLC<br>Brent Lemon, Esq.<br>blemon@kmllawgroup.com |

Served via US Postal Service First-class Mail:

| | |
|---|---|
| PennyMac Loan Services, LLC<br>PO Box 2410<br>Moorpark, CA 93020 | Brent J. Lemon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |

If applicable, Per Rule 7004(h) Service on an insured depository institution "shall be mailed by certified mail addressed to an officer of the institution unless: (1) the institution has appeared by its attorney, in which case the attorney shall be served by first class mail".  The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.