IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 24-20996 JAD |
| Joshua M. Morgan | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Joshua M. Morgan | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Document No. 53 |
| PennyMac Loan Service, LLC | ) | |
| and Ronda J. Winnecour, Trustee | ) | Hearing: 2/26/25 at 10:00 AM |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE REGARDING ORDER SETTING DATE CERTAIN FOR
RESPONSE AND HEARING ON MOTION**

I certify under penalty of perjury that I served or caused to be served the above captioned document(s) on the parties at the addresses specified below or on the attached list on (date) January 24, 2025

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and/or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  January 24, 2025

By:      /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID No. 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Served Via ECF (1/23/2025)

Ronda J. Winnecour, Trustee                US Trustee
3250 USX Tower, 600 Grant Street           1001 Liberty Avenue, Ste. 970
Pittsburgh, PA  15219                       Pittsburgh, PA 15222

PennyMac Loan Services, LLC                 PennyMac Loan Services, LLC
Denise Carlon, Esq.                         Brent Lemon, Esq.
dcarlon@kmllawgroup.com                     blemon@kmllawgroup.com

Served via US Postal Service First-class Mail:

PennyMac Loan Services, LLC                 Brent J. Lemon, Esq.
PO Box 2410                                 KML Law Group, PC
Moorpark, CA 93020                          701 Market Street, Suite 5000
                                            Philadelphia, PA 19106

If applicable, Per Rule 7004(h) Service on an insured depository institution "shall be mailed by certified mail addressed to an officer of the institution unless: (1) the institution has appeared by its attorney, in which case the attorney shall be served by first class mail".  The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.