FILED
2/24/25 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Joshua M. Morgan | ) | Bankruptcy No. 24-20996 JAD |
| | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Joshua M. Morgan | ) | |
| | ) | Doc# 56 |
| Movant(s) | ) | |
| v. | ) | Related to Document No. 50 |
| PennyMac Loan Services, LLC | ) | |
| and Ronda Winnecour, Trustee | ) | Hearing: 2/26/25 at 10:00 AM |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, this 24th day of February, 2025, **IT APPEARING TO THE COURT** that the Movants have filed a Motion to Withdraw Motion for Status Conference Regarding Interim Mortgage Modification Order regarding Doc. #50 in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. #50 – Motion for Status Conference Regarding Interim Mortgage Modification Order** filed by the Debtor on January 16, 2025, **IS DENIED AS WITHDRAWN.**

The hearing scheduled for February 26, 2025 at 10:00 A.M. is canceled.

_____ jsf
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20996-JAD |
| Joshua M Morgan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joshua M Morgan, 213 West County Barn Road, Houston, PA 15342-1075 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David A. Rice | on behalf of Debtor Joshua M Morgan ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Joshua M Morgan lowdenscott@gmail.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 24, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 6