FILED
3/7/25 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Joshua M. Morgan     )
                                      )     Case No. 24-20996 JAD
                                      )
                                      )     Chapter 13
                                      )
        Debtor(s).          )     Doc. # 59
                                      X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

        a motion to dismiss case or certificate of default requesting dismissal

☒       a plan modification sought by:   Joshua M. Morgan

        a motion to lift stay
        as to creditor   _____

☒       Other:   The plan is being modified to provide that PennyMac Loan Services, LLC CL#11 governs, that incorporates the Notice of Mortgage Payment Change filed by PennyMac Loan Services, LLC CL#11 on 12/4/2024, and additional attorney fees to Rice & Associates Law Firm in the amount of $4,500 above the no-look attorney fees allowed in the confirmed Amended Chapter 13 plan dated 7/31/2024 and that the plan continues to provide a 100% distribution to nonpriority unsecured creditors.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

        Chapter 13 Plan dated   _____
☒       Amended Chapter 13 Plan dated   July 31, 2024

is modified as follows:

-1-

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

x    Debtor(s) Plan payments shall be changed from $ 5,288.00   to
$ 5,365.00    per Month, effective   March 2025; and/or the Plan term shall be changed from _____ months to _____ months.          .

❏    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏    Debtor(s) shall file and serve _____ on or before _____.

❏    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✠    Other:  The plan is being modified to provide that PennyMac Loan Services, LLC CL#11 governs, to provide that PennyMac Loan Services, LLC CL#11 governs following all NMPC of record with the monthly payment to be $1,908.47 per month beginning 1/1/2025, to provide that Citizens Bank, N.A. CL#5 governs following all NMPC of record with the monthly payment to be $375.52 beginning 2/28/2025, and to provide for additional attorney fees to Rice & Associates Law Firm in the amount of $4,500.00 above the no-look attorney fees allowed in the confirmed Amended Chapter 13 plan dated 7/31/2024 and that the plan continues to provide a 100% distribution to nonpriority unsecured creditors. Additional attorney fees in the amount of $4,500.00 above the no-look attorney fees are available pursuant to a Fee Application.

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without

further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this  7th   day of _____March_____, 2025

_____ jsf
United States Bankruptcy Judge
JEFFERY A. DELLER

Stipulated by:                                            Stipulated by:

 /s/ Scott R. Lowden_____                 /s/ James Warmbrodt_____
Scott R. Lowden - Counsel to Debtor        James Warmbrodt, Esq.
PA ID 72116                                              Counsel to Chapter 13 Trustee
100 Heathmore Avenue                           600 Grant Street
Pittsburgh, PA 15227                               Suite 3250 US Steel Tower
(412) 292-4254                                          Pittsburgh, PA 15219
lowdenscott@gmail.com

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 24-20996-JAD
Joshua M Morgan Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Mar 07, 2025 Form ID: pdf900 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua M Morgan, 213 West County Barn Road, Houston, PA 15342-1075 |
| 15710169 | + | Bank of America, c/o Frederic Weinberg, Essq., 375 Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15710179 | + | Greater Washington Radiologist, P.O. Box 371863, Pittsburgh, PA 15250-7863 |
| 15810738 | + | IRS / Centralized Insolvency Dept, P.O. Box 7346, Philadelphia, PA. 19101-7346 |
| 15710182 | + | Rebecca Davis, 67 E Coumbia, Alliance, OH 44601-2557 |
| 15710183 | + | Revco / UPMC Mercy, P.O. Box 163279, Columbus, OH 43216-3279 |
| 15710187 | + | Washington Hospital, Attn: Billing Dept., 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 08 2025 00:13:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15710168 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 08 2025 00:13:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15815800 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 08 2025 00:13:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15710170 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 08 2025 00:13:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 15710173 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 08 2025 00:13:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 15713607 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 08 2025 00:13:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15713770 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 08 2025 00:13:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15710171 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 08 2025 01:04:59 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15710172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2025 00:41:18 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15710174 | ^ | MEBN | Mar 08 2025 00:09:47 | Citizens Bank/First Mark Sevices, Attn: Bankruptcy, 1 Citizens Plaza, Riverside, RI 02915-3026 |
| 15710175 | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 08 2025 00:13:00 | Citizens Bank/First Mark Sevices, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15710176 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 08 2025 00:14:00 | Credit Management/UPMC, 2121 Noblestown |

Case 24-20996-JAD    Doc 61    Filed 03/09/25    Entered 03/10/25 01:27:12    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 15710177 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 08 2025 00:13:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15711811 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 08 2025 00:13:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15710178 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 08 2025 00:13:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15810737 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2025 00:13:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA. 15222 |
| 15804593 | + | Email/Text: RASEBN@raslg.com | Mar 08 2025 00:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15711965 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2025 00:13:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15710180 | + | Email/PDF: ebnotices@pnmac.com | Mar 08 2025 00:41:18 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15813962 | + | Email/PDF: ebnotices@pnmac.com | Mar 08 2025 00:29:28 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15710181 | + | Email/Text: bkrgeneric@penfed.org | Mar 08 2025 00:13:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 16469931 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2025 00:29:25 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15814937 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2025 00:41:26 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15717244 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 08 2025 00:13:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15710185 | ^ | MEBN | Mar 08 2025 00:09:33 | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15813009 | | Email/Text: BNCnotices@dcmservices.com | Mar 08 2025 00:13:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15710186 | + | Email/Text: edbknotices@ecmc.org | Mar 08 2025 00:13:00 | US Dept of Education, c/o Secretary Miguel Cardona, 400 Mary Avenue SW, Washington, DC 20202-0001 |
| 15710184 | + | Email/Text: jill.locnikar@usdoj.gov | Mar 08 2025 00:13:00 | Unites States Attorneys Office, Western District of PA, Joseph F Weiss, Jr., US Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15810739 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attn: Daniel Werfel, Commissioner, 1111 Constitution Ave. NW, Washington, DC. 20224 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 24-20996-JAD   Doc 61   Filed 03/09/25   Entered 03/10/25 01:27:12   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: pdf900 | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David A. Rice | on behalf of Debtor Joshua M Morgan ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Joshua M Morgan lowdenscott@gmail.com |

TOTAL: 6