IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-20996-JAD |
| Joshua M. Morgan, | : | |
| | : | |
| Debtor(s) | : | |
| Joshua M. Morgan, | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Elemental Shelter Solutions, LLC, | : | |
| Respondent(s) | : | |

## **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on October 22, 2025 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on October 23, 2025.

Elemental Shelter Solutions, LLC
Attn: Payroll Manager
12 Fuller Drive
Burgettstown, PA 15021

          Attorney for Movant:
          Rice & Associates Law Firm
          /s/ David A Rice, Esq.
          15 West Beau Street
          Washington, PA  15301
          724-225-7270
          ricelaw1@verizon.net
          PA ID# 50329