IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: : Bankruptcy No. 24-20996-JAD
    Joshua M Morgan, :
                            Debtor(s) :
    Joshua M Morgan, :
                           Movant(s) :
                                        : Related to Document No.
        v. :
    Elemental Shelter Solutions, LLC, :
                           Respondent(s) :

## **CERTFICATE OF SERVICE**

    I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on November 21, 2025 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on November 21, 2025.

Elemental Shelter Solutions LLC
Attn:  Payroll Manager
12 Fuller Drive
Burgettstown, PA. 15021

                                          Attorney for Movant:
                                          Rice & Associates Law Firm
                                          /s/ David A Rice, Esq.
                                          15 West Beau Street
                                          Washington, PA  15301
                                          724-225-7270
                                          ricelaw1@verizon.net
                                          PA ID#  50329